## UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| CLARENCE SMITH, STARLA SMITH, ANTONIO ENRIQUEZ, MATT DEVINE, and MELISSA JOHNSON, individually and on behalf of all others similarly situated, ) ) ) ) ) | |
| | Case No. 3:23-cv-03108-CRL-KLM |
| *Plaintiffs,* ) | Honorable Colleen R. Lawless |
| ) | |
| v. ) ) | |
| KEDPLASMA LLC; and KEDRION BIOPHARMA, INC., ) ) ) | |
| *Defendants.* ) | |

### STIPULATION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiffs, through their counsel, hereby stipulate that the above case be dismissed without prejudice and without costs pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Dated:  December 19, 2023                          Respectfully submitted,


By*:  /s/Douglas M. Werman*

Douglas M. Werman – dwerman@flsalaw.com
**WERMAN SALAS P.C.**
77 W. Washington Street, Suite 1402
Chicago, IL 60602
(312) 419-1008

David J. Fish – dfish@fishlawfirm.com
Mara Baltabols - mara@fishlawfirm.com
**FISH POTTER BOLANOS, P.C.**
200 E. 5th Avenue, Suite 123
Naperville, IL 60563
(312) 861-1800

Josh G. Konecky - jkonecky@schneiderwallace.com
Nathan B. Piller - npiller@schneiderwallace.com
Philippe M.J. Gaudard - pgaudard@schneiderwallace.com
**SCHNEIDER WALLACE COTTRELL KONECKY LLP**
200 Powell S.t, Ste 1400
Emeryville, CA 94608
(415) 421-7100